UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

ROBERT STEVENS, *pro se*,

    Plaintiff,

v.                                                                                              CASE NO:  2:08-cv-145-UA-SPC

DEUTSCHE BANK NATIONAL
TRUST COMPANY, et al.,

    Defendants.
_____/

# ORDER

THIS CAUSE comes before the Court upon the Motions to Dismiss filed by Defendant Deutsche Bank National Trust Company (Dkt. #48), Defendant Mid-Atlantic Financial Services, Inc. (Dkt. #47), and Defendant Option One Mortgage Corporation (Dkt. #46), the Plaintiff's Motion for Summary Judgment (Dkt. #53), and the various Responses to said Motions.

This action was originally filed in the County Court in and for Collier County, Florida, by Robert Stevens, as Personal Representative of the Estate of Matthew K. Garvey.  See Dkt. #3.  An Amended Complaint (Dkt. #14) was filed on March 19, 2008.  The Amended Complaint appears to combine into one action the allegations for the wrongful death of Matthew K. Garvey, damages for predatory lending practices, and a request to hold in abeyance a foreclosure action.

As the Defendants point out, the Amended Complaint fails to set forth any specific facts to support a cause of action for wrongful death.  The mortgage foreclosure in question

appears to be a foreclosure action against Robert Stevens individually, not Matthew Garvey. Further, the Amended Complaint fails to set forth facts to support a claim by Robert Stevens in his capacity as a personal representative for the estate for Matthew Garvey, since no duty has been alleged to be owed by these Defendants to Matthew Garvey, individually.

Therefore, the Defendants' Motions to Dismiss will be granted with Plaintiff given leave to amend if he so chooses. For the same reasons, Plaintiff is not entitled to summary judgment.

It is therefore ORDERED AND ADJUDGED that:

1. The Motions to Dismiss filed by Defendant Deutsche Bank National Trust Company (Dkt. #48), Defendant Mid-Atlantic Financial Services, Inc. (Dkt. #47), and Defendant Option One Mortgage Corporation (Dkt. #46) are hereby GRANTED.

2. Plaintiff's Motion for Summary Judgment (Dkt. #53) is DENIED.

3. Plaintiff is granted twenty (20) days from the date of this Order within which to file a Second Amended Complaint, if he so chooses, failing which this action may be dismissed without further notice to Plaintiff.

**DONE** and **ORDERED** in Tampa, Florida on October 30, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

F:\Docs\2008\08-cv-145.FTM Stevens.wpd